```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SOUTH YUBA RIVER CITIZENS
    LEAGUE, a non-profit
11  corporation, and YUBA
    GOLDFIELDS ACCESS COALITION,
12
                   Plaintiffs,
13
            v.                              CIV. NO. S-99-1492 LKK/JFM
14
    COLONEL MICHAEL J. WALSH,
15  District Engineer U.S. Army
    Corps of Engineers, Sacramento
16  District,
17                 Defendant .
                                         /
18
    SOUTH YUBA RIVER CITIZENS
19  LEAGUE, a non-profit
    corporation, and FRIENDS OF
20  THE RIVER, a non-profit
    corporation,
21
                   Plaintiffs,
22
            v.                              CIV. NO. S-06-2845 MCE/DAD
23
    NATIONAL MARINE FISHERIES
24  SERVICE, et al.,                        RELATED CASE ORDER
25                 Defendants.
                                         /
26

                                     1
```

1        Examination of the above-entitled actions reveals that
2   the two (2) actions are related within the meaning of Local Rule
3   83-123(a) (E.D. Cal. 1997).  The actions involve some of the same
4   parties, concern similar claims, and involve the same property.
5        Accordingly, the assignment of the matters to the same judge
6   and magistrate judge is likely to effect a substantial savings of
7   judicial effort and is also likely to be convenient for the
8   parties.
9        The parties should be aware that relating the cases under
10  Local Rule 83-123 merely has the result that the two (2) actions
11  are assigned to the same judge and magistrate judge; no
12  consolidation of the actions is effected.  Under the regular
13  practice of this court, related cases are generally assigned to the
14  judge and magistrate judge to whom the first filed action was
15  assigned.
16       IT IS THEREFORE ORDERED that the action denominated CIV. NO.
17  S-06-2845 MCE/DAD be, and the same hereby is, reassigned to Judge
18  Lawrence K. Karlton and Magistrate Judge John F. Moulds for all
19  further proceedings, and any dates currently set in this reassigned
20  case _only_ are hereby VACATED.  The parties are referred to the
21  attached Order Setting Status (Pretrial Scheduling) Conference.
22  Henceforth, the caption on documents filed in the reassigned case
23  shall be shown as CIV. NO. S-06-2845 LKK/JFM.
24       IT IS FURTHER ORDERED that the Clerk of the Court make
25  ////
26  ////

1 appropriate adjustment in the assignment of civil cases to
2 compensate for this reassignment.
3    DATED: January 12, 2007

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

3